UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 12cr3352-AJB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **UNITED STATES OF AMERICA'S** |
| | ) | **MOTION TO DISMISS** |
| JUAN MANUEL SANCHEZ, | ) | **AND JUDGMENT** |
| | ) | |
| Defendant. | ) | |

### ORDER AND JUDGMENT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that Criminal Case No. 12cr3352-AJB be dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 6, 2012

 _____
 Hon. Anthony J. Battaglia
 U.S. District Judge